# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JERRY IVEY**                                                                                           **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 4:07cv130 DPJ-JCS**

**CONDOR RELIABILITY SERVICES, INC.**                                      **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE**, having come before this Court on Plaintiff's *ore tenus* Motion for Judgment of Dismissal With Prejudice, and the Court having duly considered the same, being otherwise fully advised in the premises, finds that said motion is well-taken and that the same should be, and is hereby, granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that all claims and causes of action by and between the parties are hereby fully and finally dismissed with prejudice, after a settlement was reached, with each party to bear their respective costs.

**SO ORDERED** this the 7th day of November, 2008.

                                                                    s/ *Daniel P. Jordan III*
                                                                    UNITED STATES DISTRICT JUDGE